

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00064-CR

| | | |
|---|---|---|
| Khyree Carson | § | From the 431st District Court |
| | § | of Denton County (F-2014-0376-F) |
| v. | § | February 4, 2016 |
| | § | Opinion by Justice Walker |
| | § | Concurrence by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____

Justice Sue Walker